# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315−1 | User: auto | Date Created: 2/8/2022 |
| Case: 22−10058−TPA | Form ID: pdf900 | Total: 19 |

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| tr | Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| aty | Tina M. Fryling | tinafryling@gmail.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | |
|---|---|---|
| db | Ruth A. Isaac | 725 East 13th Street    Erie, PA 16503 |
| cr | PRA Receivables Management, LLC | PO Box 41021    Norfolk, VA 23541 |
| 15451277 | Argolica, LLC | 3611 uth Harbor Blvd    Santa Ana, CA 92704 |
| 15451278 | Capital One | P O BOX 71083    Charlotte, NC 28272−1083 |
| 15451279 | Comenity − Boscov's | P O BOX 659622    San Antonio, TX 78265−9622 |
| 15451280 | Dept of Ed/Nelnet | 121 S. 13th Street    Lincoln, NE 68508 |
| 15451281 | Equitable Acceptance Corp | 1200 Ford Road    Hopkins, MN 55305 |
| 15451282 | Erie County Tax Claim Bureau | 140 W. 6th Street RM 110    Erie, PA 16501−1011 |
| 15451283 | FNB Consumer Discount | 2501 W. 12th Street    Erie, PA 16505−4527 |
| 15451284 | Mariner Finance | 8211 Town Center Dr    Nottingham, MD 21236 |
| 15451285 | Mehmet Basoglu, Esq | Fein, Such, Kahn & Shepard, PC    7660 Imperial Way, Suite 121    Allentown, PA 18195 |
| 15451286 | One Main Financial | Summit Town Center    7200 Peach Street Suite 430    Erie, PA 16509−4759 |
| 15452929 | Quantum3 Group LLC as agent for | MOMA Trust LLC    PO Box 788    Kirkland, WA 98083−0788 |
| 15451287 | Regency Finance Comp. | P O Box 607    Warren, PA 16365−0607 |
| 15451404 | Synchrony Bank | c/o of PRA Receivables Management, LLC    PO Box 41021    Norfolk, VA 23541 |
| 15451288 | Synchrony Bank − Walmart | P O BOX 965024    Orlando, FL 32896 |

TOTAL: 16