IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
RUTH A. ISAAC                                       :
Debtor                                              :          Bankruptcy No. 22-10058-JCM
                                                    :    Chapter 13
EDWARD BROWN                                        :
Movant                                              :
        V.                                          :          Related  Document No.
RUTH A. ISAAC                                       :           Related to Claim No. N/A
Debtor                                              :

DECLARATION OF DEBTOR REGARDING MORTGAGE PAYMENT

The Debtor hereby declares that the existing payment in the Chapter 13 Plan in the above

captioned bankruptcy case is SUFFICIENT to fund the Plan with the modified mortgage amount.

Date: April 5, 2025.

/s/ Tina M. Fryling
Tina M. Fryling, Esq.
Attorney for Debtor
4402 Peach Street, Suite 3
Erie, PA  16509
(814) 450 5161